# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

147876

RAINMAKER RECOVERY, INC.,
        Plaintiff-Appellee,

v

JAMES A. LOSSIA, JR.,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 147876
COA: 313292
Oakland CC: 12-009684-AV

On order of the Court, the application for leave to appeal the September 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

p0324